

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Jennifer Braden v. Hussain Rahim

Appellate case number:   01-14-00159-CV

Trial court case number:  2012-45660

Trial court:                    312th District Court of Harris County

We are in receipt of an information sheet from the court reporter, Barbara Nagji, filed August 11, 2014, indicating appellant, Jennifer Braden, has neither requested or paid for a copy of the court reporter's record. Appellant has been provided a reasonable opportunity to cure, and is not appealing as indigent. Therefore, the Court may move forward to consider and decide those issues or points that do not require a reporter's record. TEX. R. CIV. P. 37.3(c).

Appellant is **ORDERED** to file a brief within 30 days of the date of this order. Absent extraordinary circumstances, no extensions of this deadline will be considered. TEX. R. APP. P. 38.6

Judge's signature: /s/ Harvey Brown
                          X  Acting individually


Date:  September 16, 2014